# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5324
_____

DANIEL EUGENE GIBBS, SR.,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections, and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


January 25, 2019


PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Daniel Eugene Gibbs, Sr., pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.